Thomas A. Banducci (ISB: 2453)
tbanducci@bwslawgroup.com
Wade L. Woodard (ISB: 6312)
wwoodard@bwslawgroup.com
Dara Labrum (ISB: 7177)
dlabrum@bwslawgroup.com
**BANDUCCI WOODARD SCHWARTZMAN PLLC**
802 W. Bannock Street, Suite 500
Boise, ID 83702
Telephone    208.342.4411
Facsimile    208.342.4455

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAMAR RANCH, LLC, an Idaho limited liability company; and YTC, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF BOISE, a political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 1:09-cv-00004 BLW<br><br>**DECLARATION OF CHARLES A. WILHOITE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Charles A. Wilhoite, declare as follows:

1. I have personal knowledge of the averments contained in this Declaration.

2. I maintain professional designations as a Certified Public Accountant/Accredited in Business Valuation, and an Accredited Senior Appraiser in business valuation. These

designations, among others, are described in my curriculum vitae, which is attached to my expert opinion. A true and correct copy of my expert opinion is attached hereto as Exhibit A.

3. Based on my professional training and experience with regard to business valuation and related financial and economic analysis, I have been retained by Alamar Ranch, LLC ("Alamar Ranch" or the "Company") and YTC, LLC ("YTC"), to provide an independent estimate of the economic damages Alamar Ranch and YTC experienced as a result of the alleged violations of the Fair Housing Act committed by the County of Boise which prevented Alamar Ranch and YTC from developing a residential treatment center on property owned by YTC in Boise County.

4. For the purpose of completing this analysis and developing my opinions, I have reviewed various financial, corporate and related documents and information provided to me relating to Alamar Ranch, YTC and this litigation, and conducted independent research and analysis with regard to relevant industry (i.e., youth programs and miscellaneous residential care facilities), economic, and investment considerations.

5. I have developed my opinions based on consideration of (1) the *Uniform Standards of Professional Appraisal Practice* ("USPAP"), as promulgated by The Appraisal Foundation; (2) the *Principles of Appraisal Practice and Code of Ethics* and *Business Valuation Standards* of the American Society of Appraisers; (3) the *Statement on Standards for Valuation Services*, as issued by the American Institute of Certified Public Accountants Consulting Services Executive Committee; (4) generally accepted financial, economic, and valuation theory; and (5) relevant court precedents.

6. Based on my review and research, Alamar Ranch's and YTC's injuries from the County of Boise's conduct include expenses that were incurred in pursuing the project, the anticipated profits from leasing the property, the increase in property value from the construction

DECLARATION OF CHARLES A. WILHOITE
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – PAGE 2

and operation of the project, and the anticipated profits of running and operating the school.

Those injuries are summarized in the following table:

| Component | Basis | Economic Damages |
|---|---|---|
| 1 | Estimated Lost Business Opportunity—Alamar Ranch | $2,807,000 |
| 2 | Estimated Lost Business Opportunity—YTC | $2,287,000 |
| 3 | Net Loss on Land Sale | $509,558 |
| 4 | Out-of-Pocket/Abandoned Project Expenses | $1,493,048 |
| | **TOTAL ESTIMATED ECONOMIC LOSSES (rounded)** | **$7,097,000** |

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 1st day of December 2009.

Charles A. Wilhoite

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2009, I caused a true and correct copy of the foregoing document to be served electronically to the following persons:

John M. Howell
BRASSEY WETHERELL & CRAWFORD LLP
203 W. Main Street
P.O. Box 1009
Boise, ID 83701
jhowell@brassey.net
sls@brassey.net


_____/s/_____
Dara Labrum