IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAMAR RANCH, LLC, an Idaho limited liability company, and YTC, LLC, an Idaho limited liability company,<br><br>            Plaintiffs,<br>vs.<br><br>COUNTY OF BOISE, a political subdivision of the State of Idaho,<br><br>            Defendant. | Case No. 1:09-cv-00004 BLW<br><br>**JUDGMENT** |

This action came on for jury trial before the Honorable B. Lynn Winmill, and the issues

having been duly tried and a verdict having been duly rendered on December 16, 2010,

IT IS HEREBY ORDERED AND ADJUDGED that:

Plaintiffs Alamar Ranch, LLC and YTC, LLC recover from the Defendant County of

Boise the sum of $4,000,000.00, with interest to accrue at the applicable federal rate.

DATED: December 17, 2010

_____
B. LYNN WINMILL
Chief U.S. District Court Judge