Andrew C. Brassey, ISB No. 2128
John M. Howell, ISB No. 6234
BRASSEY, WETHERELL & CRAWFORD LLP
203 W. Main Street
P.O. Box 1009
Boise, Idaho 83701-1009
Telephone: (208) 344-7300
Facsimile: (208) 344-7077

Attorneys for County of Boise

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAMAR RANCH LLC, an Idaho limited liability company; and YTC, LLC, an Idaho limited liability company, | Case No. 1:09-CV-00004 |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| COUNTY OF BOISE, a political subdivision of the State of Idaho | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that County of Boise, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on the 17th day of December, 2010.

DATED this 18th day of January, 2011.

BRASSEY, WETHERELL & CRAWFORD

By_____
Andrew C. Brassey, Of the Firm
Attorneys for Defendant County of Boise

NOTICE OF APPEAL - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2011, I served a true and correct copy of the foregoing upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

| | |
|---|---|
| Thomas A. Banducci | ____ U.S. Mail, postage prepaid |
| tbanducci@bwslawgroup.com | ____ Hand-Delivered |
| Wade L. Woodard | ____ Facsimile |
| wwoodard@bwslawgroup.com | __✓__ CM-ECF |
| Banducci Woodard Schwartzman PLLC | ____ Email |
| 802 W. Bannock Street, Suite 500 | |
| Boise, Idaho 83702 | |

_____
Andrew C. Brassey

NOTICE OF APPEAL - 2

## REPRESENTATION STATEMENT

The parties to this appeal are identified in the caption of the Notice of Appeal. The Defendant is represented by counsel filing this Notice of Appeal and the Plaintiffs are represented by counsel listed in the Certificate of Service herein.

NOTICE OF APPEAL - 3