Thomas A. Banducci (ISB: 2453)
tbanducci@bwslawgroup.com
Wade L. Woodard (ISB: 6312)
wwoodard@bwslawgroup.com
Dara Labrum (ISB: 7177)
dlabrum@bwslawgroup.com
**BANDUCCI WOODARD SCHWARTZMAN PLLC**
802 W. Bannock Street, Suite 500
Boise, ID 83702
Telephone    208.342.4411
Facsimile     208.342.4455

*Attorneys for Plaintiff and YTC, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAMAR RANCH, LLC, an Idaho limited liability company and YTC, LLC, an Idaho limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BOISE, a political subdivision of the State of Idaho,<br><br>Defendant. | Case No. 1:09-cv-00004 BLW<br><br>**APPLICATION AND DECLARATION FOR WRIT OF EXECUTION** |

Wade L. Woodard, declare as follows:

1. I am counsel for Plaintiffs Alamar Ranch, LLC and YTC, LLC (hereinafter collectively referred to as "Alamar") in the above-entitled matter and have personal knowledge of the matters stated herein.

APPLICATION AND DECLARATION
FOR WRIT OF EXECUTION – PAGE 1

2. On December 17, 2010, a Judgment was entered against the Defendant County of Boise (Docket No. 210) in favor of Alamar in the amount of $4,000,000.00 plus post-judgment interest.

3. As of the date of this filing, no portion of the Judgment has been satisfied by the Defendant, County of Boise. [1]

4. Post-judgment costs and fees in the form of processing and service fees charged by the U.S. Marshall's Office pursuant to 28 U.S.C. § 1921 will likely be incurred, but the amount of these charges has yet to be determined.

5. Post-judgment interest has accrued in the amount of $2,384.28 as of this date and continues to accrue at the rate of $32.22 per diem until paid in full.

5. In the event this Application is granted by Court and a writ of execution is issued, Alamar will comply with the appropriate state law procedures for having the writ of execution and required third-party notices served on the County of Boise and any third-parties who may claim a security interest in the assets.

I declare under penalty of perjury under the laws of the state of Idaho and the United States that the foregoing is true and correct.

Dated this 28th day of February, 2011.

BANDUCCI WOODARD SCHWARTZMAN PLLC

\_\_\_\_\_/s/_____
Wade L. Woodard
Attorneys for Plaintiff

---

[1] Also pending before this Court is Alamar's Motion for Attorney Fees and Costs and Bill of Costs in bringing this action. Consequently, Alamar believes that this Judgment will be amended to include those fees and costs.

APPLICATION AND DECLARATION
FOR WRIT OF EXECUTION – PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2011, I caused a true and correct copy of the foregoing document to be served electronically to the following persons:

John M. Howell
Andrew Brassey
BRASSEY WETHERELL & CRAWFORD LLP
203 W. Main Street
P.O. Box 1009
Boise, ID 83701
jhowell@brassey.net
acb@brassey.net
sls@brassey.net

                                                             _____/s/_____
                                                             Wade L. Woodard